22-cv-1613(PAD)

FORMS TO BE USED FOR APPLICATIONS
OF HABEAS CORPUS UNDER 28 U.S.C. § 2254
(Formulario para peticiones de Habeas Corpus
bajo Título 28, § 2254)

Felix Hernandez-Doble
_____
NAME (Nombre)

_____    Bayamon 501 State Correctional Inst.
PRISONER NUMBER                     PLACE OF CONFINEMENT
(Número de prisionero)              (Lugar de reclusión)

United States District Court for the District of ___Puerto Rico___
(Tribunal de Distrito de los Estados Unidos para el Distrito de)

CASE NUMBER (Número de caso) Civil No. _____

To be supplied by the Clerk of the U.S. District Court.
(Será proporcionado por el Secretario del Tribunal de Distrito de
los Estados Unidos.)

Felix M. Hernandez-Doble
_____,    PETITIONER
FULL NAME:  Include name under      (Peticionario)
Which you were convicted
(NOMBRE COMPLETO:  incluya el nombre
bajo el cual fue sentenciado)

Edwin Gonzalez
_____,    RESPONDENT
NAME OF WARDEN, SUPERINTENDENT,      (Demandado)
JAILOR, OR AUTHORIZED PERSON
HAVING CUSTODY OF PETITIONER
(NOMBRE DEL ALCAIDE, SUPERINTENDENTE,
CARCELERO, O PERSONA QUE TIENE
LA CUSTODIA DEL PETICIONARIO.)
                          and (y)

THE ATTORNEY GENERAL OF THE STATE OF ____Puerto Rico____
(El Secretario de Justicia del estado)  ADDITIONAL RESPONDENT
                                        (Segundo demandado)

     If petitioner is attacking a judgment which imposed a sentence
to be served in the future, petitioner must fill in the name of the
state where the judgment was entered.  If petitioner has a sentence
to be served in the future under a federal judgment which he wishes
to attack, he should file a motion under 28 U.S.C. § 2255, in the
federal court which entered the judgment.

                    - See Reverse Side -
                        (Al dorso)

Page - 2 -

(Si el peticionario está impugnando un fallo que impuso una sentencia que ha de cumplirse en el futuro, deberá incluir el nombre del estado en que se dictó la sentencia.  Si el peticionario tiene que cumplir una sentencia futura dictada por un tribunal federal y desea impugnar dicha sentencia, deberá radicar una moción bajo el Título 28 del Código de los EE.UU., sección 2255, en el tribunal federal que dictó el fallo.)

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY
(Solicitud de Habeas Corpus por una persona bajo custodia estatal)

1.  This petition must be legibly handwritten or typewritten, signed by the petitioner under penalty of perjury.  Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury.  All questions must be answered concisely in the proper space on the form.  Where more space is needed to answer any question use reverse side of sheet.

    (Esta solicitud debe estar escrita a mano en letra clara o a maquinilla, firmada por el peticionario bajo pena de perjurio. Cualquier declaración falsa sobre algún dato importante podrá servir de base para un procedimiento y condena por perjurio. Todas las preguntas deben contestarse en forma concisa utilizando el espacio disponible en el formulario.  De necesitar más espacio para contestar alguna de las preguntas, use el reverso de la página.)

2.  Additional pages are not permitted.  No citations of authorities need to be furnished.  If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

    (No se permite usar páginas adicionales.  No es necesario citar jurisprudencia.  De someterse memorandos o alegatos, estos deberán someterse en un documento aparte.)

3.  Upon receipt of a fee of $5.00 your petition will be filed if it is in proper order.

    (Una vez pague la cantidad de $5.00 por derechos de radicación, su solicitud se radicará si la misma está en orden.)

4.  If you do not have the necessary filing fee, you may request permission to proceed in forma pauperis, in which case you must execute the affidavit on the last page setting forth information establishing your inability to prepay the fees and costs or give security therefor.

- See Reverse Side -
(Al dorso)

Page - 3 -

(Si usted no tiene el dinero para pagar los derechos de radicación, podrá solicitar autorización para proceder en forma de pobre, en cuyo caso deberá firmar la declaración jurada que aparece en la última página para establecer que no le es posible pagar por adelantado los derechos de radicación y las costas, ni ofrecer garantías por las mismas.)

5.  Only judgments entered by one court may be challenged in a single petition.  If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(Sólo podrán impugnarse en una petición de Habeas Corpus las sentencias dictadas por un mismo tribunal.  Si usted quiere impugnar las sentencias dictadas por distintos tribunales, ya sea en el mismo estado o en estados diferentes, deberá radicar solicitudes separadas para cada tribunal.)

6.  Your attention is directed to the fact that you must include all grounds for relief and all facts supporting each grounds for relief in the petition you file seeking relief from any judgment or conviction.

(Se les apercibe del hecho de que debe incluir todas las razones por las que solicita un remedio y los hechos que sustentan dichas razones en la solicitud que radique para pedir un remedio respecto a cualquier sentencia o condena.)

7.  When the petition is fully completed, the original and two copies must be mailed to the Clerk of the United States District Court for the District of Puerto Rico whose address is:

(Una vez haya llenado debidamente la solicitud, deberá enviar por correo el original y dos copias a la Secretaría del Tribunal Federal para el Distrito de Puerto Rico, a la siguiente dirección:)

U.S. District Court for Puerto Rico
Clerk's Office
150 Carlos Chardon St. Room 150
San Juan, PR  00918-1767

- See Reverse Side -
(Al dorso)

Page - 4 -

8. Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

   (Las solicitudes que no cumplan con estas instrucciones se devolverán con una nota indicando la deficiencia.)

### PETITION
### (Petición)

1. Name and location of court which entered the judgment or conviction under attack:

   (Nombre y ubicación del tribunal que dictó la sentencia o condena que usted impugna:)

   Court of First Instance - Superior Court of San Juan
   _____

2. Date of judgment or conviction:    May 18, 2004
   (Fecha de la sentencia o condena)

3. Length of sentence:    Consecutive terms of 15, 15, and 45 years.
   (Término de la sentencia)

   Sentencing judge:    Hon. Lourdes Velazquez Cajigas
   (Juez sentenciador)

4. Nature of offense or offenses for which you were convicted:
   (Naturaleza del delito o los delitos por los que fue sentenciado)

   Art. 5.05 and 5.15 of PR Weapons Law; Art. 5.04.
   _____

   Arts. 99, 105, and 137A of the Puerto Rico Penal Code of 1974
   _____

5. What was your plea?  Check one.
   (¿Cómo se declaró usted?  Marque uno.)
   a) Not-guilty  [✓]    b) Guilty  [ ]    c) Nolo contendere  [ ]
      (No culpable)         (Culpable)

   If you entered a guilty plea to one count or indictment, and a non guilty plea as to another count or indictment, give details:

   (Si usted se declaró culpable de un cargo o una acusación, y se declaró no culpable de otro cargo o acusación, especifique:)

   _____

   _____

   _____

- See Reverse Side -
(Al dorso)

Page - 5 -

6.  Kind of trial.  Check one.
    (Tipo de juicio.  Marque uno.)
    a)  Jury ☑                b)  Judge only ☐
        (Por jurado)              (Tribunal de Derecho)

7.  Did you testify at the trial?        Yes ☐      No ☐
    (¿Testificó en el juicio?)           (Sí)        (No)

8.  Did you appeal judgment of conviction?  Yes ☑   No ☐
    (¿Apeló el fallo condenatorio?)          (Sí)     (No)

9.  If you did appeal, answer the following:
    (Si apeló, conteste lo siguiente:)

    a) Name of the court          Puerto Rico Court of Appeals
       (Nombre del tribunal)   _____

    b) Result                           Dismissed
       (Resultado)              _____

    c) Date of result              September 29, 2004
       (Fecha del resultado)    _____

    If you filed a second appeal or filed a petition for certiotari
    in the Supreme Court, give details:

    (Si usted radicó una segunda apelación o radicó una petición de
    certiotari en el Tribunal Supremo, provea detalles:)

    _____

    _____

    _____

    _____

10. Other than a direct appeal from the judgment of conviction and
    sentence, have you previously filed any petitions, applications,
    or motions with respect to this judgment in any court, state or
    federal?

    (Aparte de una apelación directa del fallo condenatorio y la
    sentencia, ¿ha radicado usted anteriormente alguna petición,
    solicitud o moción respecto a dicho fallo en algún tribunal
    estatal o federal?)

                    Yes ☑              No ☐
                    (Sí)               (No)

                - See Reverse Side -
                   (Al dorso)

Page - 6 -

11. If your answer to question 10 was "yes", provide the following:
(Si su contestación a la pregunta número 10 fue "sí", indique lo siguiente:)

a)

1. Name of court                    Court of First Instance
   (Nombre del tribunal)

2. Nature of proceedings            Petition under P.R. Crim. P. R. 192.1
   (Naturaleza de los procedimientos)

3. Grounds raised (Razones aducidas)    Ineffective assistance of counsel, and

counsel failed to appeal and timely appeal my sentence.

The Court of Appeals erred in denying my appeal.

The Court of Appeals failed to address the merits of my appeal.

4. Did you receive an evidentiary hearing on your petition,
   application or motion?
   (¿Le concedieron una vista para presentar pruebas en
   respuesta a su petición, solicitud o acción?)
                              Yes ✓          No ☐
                              (Sí)            (No)

5. Result                Granted, ordered resentencing for new appeal term.
   (Resultado)

6. Date of result                July 31, 2020
   (Fecha del resultado)

b) As to any second petition, application or motion give the same
   information:
   (Provea la misma información respecto a una segunda petición,
   solicitud o moción.)

1. Name of court
   (Nombre del tribunal)

2. Nature of proceedings
   (Naturaleza de los procedimientos)

3. Grounds raised (Razones aducidas)

- See Reverse Side -
(Al dorso)

Page - 7 -

    4. Did you receive an evidentiary hearing on your petition,
       application or motion?
       (¿Le concedieron una vista para presentar pruebas en
       respuesta a su petición, solicitud o acción?)

                      Yes ☐         No ☐
                      (Sí)           (No)

    5. Result          _____
       (Resultado)

    6. Date of result       _____
       (Fecha del resultado)

  c) As to any third petition, application or motion give the same
    information:
    (Provea la misma información respecto a una tercera petición,
    solicitud o moción.)

    1. Name of court       _____
       (Nombre del tribunal)

    2. Nature of proceedings   _____
       (Naturaleza de los procedimientos)

    3. Grounds raised (Razones aducidas)  _____

       _____

       _____

       _____

    4. Did you receive an evidentiary hearing on your petition,
       application or motion?
       (¿Le concedieron una vista para presentar pruebas en
       respuesta a su petición, solicitud o acción?)

                      Yes ☐         No ☐
                      (Sí)           (No)

    5. Result          _____
       (Resultado)

    6. Date of result       _____
       (Fecha del resultado)

- See Reverse Side -
(Al dorso)

Page - 8 -

    d) Did you appeal the result of any action taken on any petition, application or motion to the highest state court having jurisdiction?
(¿Apeló usted el resultado de cualquier resolución dictada respecto a su petición, solicitud o moción al tribunal estatal de más alta jerarquía con jurisdicción?)

       1. First petition, etc.       Yes ☑    No ☐
       (Primera petición, etc.)    (Sí)    (No)

       2. Second petition, etc.    Yes ☐    No ☐
       (Segunda petición, etc.)    (Sí)    (No)

       3. Third petition, etc.     Yes ☐    No ☐
       (Tercera petición, etc.)    (Sí)    (No)

    e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why not.
(Si no apeló la resolución adversa que se tomó en cuanto a cualquier petición, solicitud o moción, explique brevemente por qué no lo hizo:)

_____

_____

_____

_____

12. State concisely every ground on which you claim that you are being held unlawfully.  Summarize briefly the facts supporting each ground.
(Exponga brevemente cada una de las razones por las que usted alega estar detenido ilegalmente.  Resuma brevemente los hechos que sustentan cada una de las razones.)

CAUTION:  In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court.  As to all grounds on which you have previously exhausted state court remedies, you should set them forth in this petition if you wish to seek federal relief.  If you fail to set forth all such grounds in this petition, you may be barred from presenting them at a later date.

- See Reverse Side -
(Al dorso)

Page — 9 —

(ADVERTENCIA:  Para poder iniciar un procedimiento en el tribunal federal, de ordinario debe usted agotar todos los recursos disponibles en los tribunales estatales en cuanto a cada una de las razones por las cuales solicita actuación judicial en el tribunal federal.  Si desea obtener un remedio federal, exponga en esta petición todas las razones en que se ha basado anteriormente para agotar todos los recursos estatales.  Si no expone tales razones en esta petición, más adelante podría verse impedido de presentarlas.)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings.
(Para su información, incluimos a continuación una lista de las razones alegadas con mayor frecuencia al solicitar un remedio en un procedimiento de habeas corpus.)

Each statement preceded by a letter constitutes a separate ground for possible relief.  You may raise any grounds which you may have other than those listed if you have exhausted all your state court remedies with respect to them.  However, you should raise in this petition all available grounds (relating to this conviction) on which you base your allegations that you are being held under custody unlawfully.

(Cada aseveración que está precedida por una letra constituye un motivo distinto para un posible remedio.  Para aducir cualquier otro motivo aparte de los enumerados si usted ha agotado todos los remedios estatales respecto de los mismos.  Sin embargo, deberá incluir en esta petición todas las razones disponibles (relacionadas con esta condena) en las que basa su alegación de encontrarse detenido ilegalmente.)

If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose.
(Si seleccionara una o más de una de estas causas para solicitar un desagravio, deberá alegar los hechos que sustentan la razón o las razones que seleccione.)

Do not check any of the grounds listed below.  This petition will be returned to you if you merely check (a) through (j) or any one of these grounds.
(No marque ninguno de los motivos enumerados a continuación.  Se le devolverá la petición si usted meramente marca de la "a" a la "j" o cualquiera de estas razones.)

- See Reverse Side -
(Al dorso)

Page - 10 -

a) Conviction obtained by a plea of guilty which was unlawfully induced or not made voluntarily with the understanding of the nature of the charge and the consequences of the plea.
(La condena se obtuvo mediante una alegación de culpabilidad inducida ilegalmente, o no se hizo de forma voluntaria con conocimiento de la naturaleza del cargo y las consecuencias de declararse culpable.)

b) Conviction obtained by use of coerced confession.
(La condena se obtuvo por medio de una confesión bajo coacción.)

c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure (where the state has not provided a full and fair hearing on the merits of the Fourth amendment).
(La condena se obtuvo mediante el uso de pruebas obtenidas como resultado de un registro y ocupación ilegales (donde el estado no concedió una vista exhaustiva y justa sobre los méritos que aduce la Cuarta Enmienda.)

d) Conviction obtained by use of evidence gained pursuant to an unlawful arrest, (where the state has not provided a full and fair hearing on the merits of the Fourth amendment claim).
(La condena se obtuvo mediante el uso de pruebas obtenidas como resultado de un arresto ilegal (donde el estado no concedió una vista exhaustiva y justa sobre los méritos que aduce la Cuarta Enmienda.)

e) Conviction obtained by a violation of the privilege against self-incrimination.
(La condena se obtuvo mediante una violación del privilegio de no incriminarse a sí mismo.)

f) Convictions obtained by the unconstitutional failure or the prosecution to disclose to the defendant evidence favorable to the defendant.
(La condena se obtuvo porque la fiscalía no cumplió con su deber constitucional de revelar al acusado las pruebas a su favor.)

g) Conviction obtained by a violation of the protection against double jeopardy.
(La condena se obtuvo mediante una violación de la protección a no ser procesado dos veces por el mismo delito.)

- See Reverse Side -
(Al dorso)

Page - 11 -

h) Conviction obtained by action of a grand or petit jury
   which was unconstitutionally selected and impaneled.
   (La condena se obtuvo mediante la actuación de un gran jurado
   o    jurado    de    juicio    seleccionado    y
   constituido inconstitucionalmente.)

i) Denial of effective assistance of counsel.
   (Se le negó la asistencia legal adecuada.)

j) Denial of right to appeal.
   (Se le negó el derecho de apelación.)

k) Sentence is in excess of maximum authorized by law.
   (La condena excede el máximo autorizado por ley.)

Ground One: (Primer motivo) _____
Ineffective assistance of counsel.
_____

_____

_____

_____

_____

Supporting facts (tell your story briefly without citing cases

of law):

(Hechos  justificativos  (relate  brevemente  su  versión  de

los hechos____

I instructed my attorneys to appeal my conviction. My attorneys did not appeal
and did not appeal on time. My direct appeal was dismissed as untimely, so the
court of appeals never reviewed the merits/law/facts of my case. I later learned
my appeal was incorrectly dismissed and my attorneys had provided me with
ineffective assistance. In 2018, I filed a Rule 192.1 petition; it was denied without
a hearing. The court of appeals remanded and ordered an evidentiary hearing.
The court held a hearing, found my trial attorneys did not represent me well, and
granted me an out-of-time appeal. The court of appeals affirmed the lower court's
Rule 192.1 decision. The Puerto Rico Supreme Court reversed and denied me a
direct appeal. The Court was wrong to reverse because I received ineffective
assistance of counsel, its decision ignores evidence on the record, and the
decision was contrary to my constitutional rights.

- See Reverse Side -
(Al dorso)

Page - 12 -

Ground Two: (Segundo motivo) _____

Denial of my right to appeal.
_____

_____

_____

_____

_____

Supporting facts (tell your story briefly without citing cases of law):
(Hechos justificativos (relate brevemente su versión de los hechos sin citar precedentes ni leyes))

I instructed my trial attorneys to appeal my conviction. My attorneys did not appeal and did not appeal on time. My direct appeal was dismissed as untimely, so the court of appeals never reviewed the merits/law/facts of my case. I later learned my appeal was incorrectly dismissed and my attorneys had provided me with ineffective assistance. In 2018, I filed a Rule 192.1 petition; it was denied without a hearing. The court of appeals remanded and ordered an evidentiary hearing. The court held a hearing, found my trial attorneys did not represent me well, and granted me an out-of-time appeal. The court of appeals affirmed the lower court's Rule 192.1 decision. The Puerto Rico Supreme Court reversed and denied me a direct appeal. The Court was wrong to reverse because I received ineffective assistance of counsel, its decision ignores evidence on the record, and the decision was contrary to my constitutional rights.

Ground Three: (Tercer motivo) _____

_____

_____

_____

_____

_____

Supporting facts (tell your story briefly without citing cases of law):
(Hechos justificativos (relate brevemente su versión de los hechos sin citar precedentes ni leyes))

_____

- See Reverse Side -
(Al dorso)

Page - 13 -

_____

_____

_____

_____

_____

_____

Ground Four: (Cuarto motivo) _____

_____

_____

_____

_____

_____

Supporting facts (tell your story briefly without citing cases of law):
(Hechos justificativos (relate brevemente su versión de los hechos sin citar precedentes ni leyes))

_____

_____

_____

_____

_____

_____

_____

- See Reverse Side -
(Al dorso)

Page - 14 -

13. If any of the grounds listed in 12A, B, C, and D were not
    previously presented, state briefly what grounds were not
    presented; and give your reasons for not presenting them:)
    (Si alguno de los fundamentos enumerados en el 12A, B, C y D,
    no se han presentado anteriormente, indique brevemente cuáles
    de los fundamentos no se presentaron y por qué razón:)

    _____

    _____

    _____

    _____

    _____

    _____

14. Do you have any petition or appeal now pending in any court as
    to the judgment under attack?
    (¿Tiene usted alguna petición o apelación pendiente en algún
    tribunal en relación con la sentencia que está impugnando?)

                    Yes ✓          No ☐
                    (Sí)           (No)

15. Give the name and address, if known, of each attorney who
    represented you in the following stages of the judgment attacked
    herein.
    (Provea el nombre y la dirección, si lo sabe, de cada uno de
    los abogados que lo representaron en las siguientes etapas de
    la sentencia que está impugnando.)

    a) At preliminary hearing: _____Luz M. Rios_____
       (En la vista preliminar)

       _____

    b) At arraignment and plead: _____Luz M. Rios_____
       (En la lectura de acusación y alegación)

       _____

    c) At trial: _____Luz M. Rios_____
       (En el juicio)

       _____

                        - See Reverse Side -
                            (Al dorso)

Page - 15 -

    d) At sentencing: _____ Luz M. Rios _____
       (En la imposición de la sentencia)

       _____

    e) On appeal: _____ Marilyn Aponte _____
       (En la apelación)

       _____

    f) In any post-conviction proceeding: ___ Luis A. Zambrana Gonzalez ___
       (En cualquier proceso posterior a la condena)

       _____

    g) On appeal from any adverse ruling in a post-conviction
       proceeding:
       (En la apelación de cualquier decisión adversa en un proceso
       posterior a la condena)

       _____

       _____

16.  Were you sentenced on more than one count of an indictment or
    information, or on more than one indictment or information in
    the same court at the same level?
    (¿Lo sentenciaron en un mismo tribunal y a la vez por más de
    un cargo en una acusación del Gran Jurado o del Fiscal o por
    más de una acusación del Gran Jurado o del Fiscal?)

                       Yes ☐         No ☐
                       (Sí)         (No)

17.  Do you have any future sentence to serve after you complete the
    sentence imposed by the judgment under attack?
    (¿Tiene que cumplir alguna otra sentencia después de que termine
    de cumplir la sentencia impuesta por el fallo que está
    impugnando?)

                       Yes ☐         No ☑
                       (Sí)         (No)

    a) If so, give name and location of court which imposed sentence
       to be served in the future.
       (De ser así, dé el nombre y localización del tribunal que
       impuso la sentencia que ha de cumplir en el futuro.)

       _____

- See Reverse Side -
(Al dorso)

Page – 16 –

b) And give date and length of sentence to be served in the future.
(Provea también la fecha y término de la sentencia que cumplirá en el futuro.)

_____

c) Have you filed or do you contemplate filing any petition attacking the judgment which imposed the sentence to be served in the future?
(¿Ha radicado o piensa radicar alguna petición para impugnar el fallo bajo el cual se impuso la sentencia que ha de cumplir en el futuro?)

Yes [ ]          No [✓]
(Sí)             (No)

WHEREFORE, movant prays that the Court grants the relief to which he may be entitled in this proceeding.
(POR TODO LO CUAL, el peticionario solicita que el Tribunal le conceda el remedio al que pueda tener derecho bajo este procedimiento.)

In *Bayamón* , *Puerto Rico* .
(En)

_____
Petitioner's signature
(Firma del peticionario)

I declare under penalty of perjury that the foregoing is true and correct.
(Declaro so pena de perjurio que lo anterior es cierto y correcto.)

Signed this **5** day of **Diciembre** of 20**22** .
(Firmado hoy     del mes de     de 20     .)

_____
Petitioner's signature
(Firma del peticionario)

– See Reverse Side –
(Al dorso)