UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| **Hernandez-Doble**<br>Petitioner<br>v.<br>**Gonzalez et al**<br>Respondent | CIVIL NO. 3:22-cv-01613-PAD |

**NOTICE OF ISSUANCE OF SUMMONS**

Notice is hereby given that Summonses have been electronically issued on an expedited basis. Summonses have been securely signed and sealed. Counsel <u>must</u> <u>print</u> all summonses and follow the service requirements set forth by the Rules of Civil Procedure. Electronic issuance of Summonses should **not** be construed as authorizing electronic service.

To request paper copies, please contact the Clerk's Office at (787)772-3000. In San Juan, Puerto Rico, on this 19th day of December, 2022.

AGNES L. FERRER-AUFFANT, ESQ.
ACTING CLERK OF COURT

By: s/Viviana Díaz-Mulero
Deputy Clerk